**STATEMENT OF FACTS**

     On Wednesday, December 21, 2005, at about 3:00 p.m., sworn officers of the Metropolitan Police Department (MPD) and special agents of the U.S. Drug Enforcement Administration (DEA) received information about a delivery of marijuana at 12th and Otis Street, Northwest, Washington, D.C. DEA Special Agents and officers of the Metropolitan Police Department Major Narcotics Branch conducted surveillance at that location and observed the defendants Earl Mckenzie and Wonnie Hampton meet with the driver of a delivery truck. The defendants then drove to 6011 Blair Road, Northwest, Washington, D.C. with the delivery truck following them. The 6011 Blair address is a storage facility. The defendants were observed taking a large crate off of the delivery truck and placing it inside a storage room. Shortly after the defendants exited the storage facility, they were detained until a search warrant could be obtained. Once the search warrant was obtained the storage room was searched and eight cardboard boxes were recovered. Each one of the cardboard boxes contained a large quantity of a green weed substance with a total weight of 336 pounds. Portions of the substances field tested positive for THC, the active ingredient in marijuana. The defendants were placed under arrest. In the officer's experience, the amount of the marijuana indicates that defendants had it to distribute to others rather than to use it himself.

 

_____
SERGEANT CURT SLOAN
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF DECEMBER, 2005.


_____
U.S. MAGISTRATE JUDGE